(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: _____

LEE SILBER
_____
Plaintiff(s)

v.

HOMESTEAD FLORIDA
POLICE
_____
Defendant(s)

FILED by SMS D.C.

FEB 17 2017

STEVEN M. LARIMORE
CLERK U S DIST CT.
S. D. OF FLA - MIAMI

## VIOLATIONS OF CIVIL AND CONSTITUTIONAL RIGHTS
*(TITLE OF DOCUMENT)*

I, LEE SILBER, plaintiff or defendant, in the above styled cause, WANT TO SUE HOMESTEAD FLORIDA POLICE FOR BILLIONS AS I WILL PROVE TO YOUR HONOR, THE HORROR OF BEING IN SOLITARY CONFINMENT FOR SIX DAYS - TOTALLY AGAINST MY RIGHTS AGAINST CRUEL AND UNUSUAL TREATMENT GUARANTEED BY THE SUPREME COURT!!! I WAS JUST SITTING IN THE WELLS FARGO BANK IN HOMESTEAD, FL WITH A LEGAL MAIL ORDER ELECTRONIC DEVICE, OFFICER AGOGORA LIED SAID I HAD AN ILLEGAL GUN, SAID I HAD 10 FELONY COUNTS, I WAS FRAMED BY THE MIAMI POLICE IN THE PAST - WHEN I JUST TRIED TO PROTECT MYSELF WITH A LEGAL FIREARM WHEN MY NEXT DOOR NEIGHBOR CAME ON MY PROPERTY SAID HE WOULD KILL ME, SO I JUST TRIED TO PROTECT MYSELF

(Rev. 10/2002) General Document

UNDER THE SECOND AMENDMENT, HOMESTEAD FL POLICE AGOGORA REFUSED TO GIVE ME THE IMMEDIATE RIGHT TO AN ATTORNEY, AGAIN GUARANTEED BY THE SUPREME COURT. I WAS FALSLY ARRESTED, FALSLY IMPRISONED (3 YEARS) DENIED ALL MY CONSTITUTIONAL AND CIVIL RIGHTS (5 YEARS), AGAIN GUARANTEED BY THE SUPREME COURT, THEY OBSTRUCTED THE JUSTICE SYSTEM, THEY HOMESTEAD POLICE INTERNAL AFFAIRS COVERED UP MY EVIDENCE AGAINST AGOGORA, AND A BLACK POLICE OFFICER WHEN I WAS ARRESTED ON THE FALSE CHARGE OF HAVING AN ILLEGAL GUN. OBSTRUCTION OF JUSTICE IS (15 YEARS) WHEN CONVICTED. I SIGN THIS UNDER PERJURY TO PROVE THAT HOMESTEAD FL POLICE COMMITTED THESE FELONY CHARGES AGAINST MYSELF. SIGNED, Lee David Silber I ALSO YOUR HONOR VIDEO EVIDENCE TO PROVE ALL THESE HORRIBLE ATROCITIES ON MYSELF.

**Certificate of Service**

I **LEE SILBER**, certify that on this date **FEB, 15, 2017** a true copy of the foregoing document was mailed to: **HOMESTEAD FLORIDA POLICE, HOMESTEAD FLORIDA**
name(s) and address(es)

By:
**LEE SILBER**
Printed or typed name of Filer

*Lee Silber*
Signature of Filer

Florida Bar Number

**leesilber6@gmail.com**
E-mail address

**305-763-0650**
Phone Number

Facsimile Number

**900 NW 6 AVE. APT. 146**
Street Address

**FLORIDA CITY FL 33034-2072**
City, State, Zip Code